UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| WILLIAM PATRICK REED, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3: 09-16-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| FRANKLIN CIRCUIT COURT, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

*** *** *** ***

In accordance with the Memorandum Opinion and Order entered this date, it is **ORDERED** and **ADJUDGED** as follows:

(1)  The claims asserted by the William Patrick Reed are **DISMISSED**, without prejudice.

(2)  This matter is **STRICKEN** from the Court's active docket.

(3)  This is a **FINAL** and **APPEALABLE** Judgment and the Court **CERTIFIES** that any appeal would not be taken in good faith.

This 13th day of May, 2009.

